# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| Commonwealth of Pennsylvania, et al. ) <br> *Plaintiff* ) <br> v. ) <br> Louis DeJoy, et al. ) <br> *Defendant* ) | Case No. 2:20-cv-4096 |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the Commonwealth of Pennsylvania .

Date: 08/21/2020

/s/ Jacob B. Boyer
*Attorney's signature*

Jacob B. Boyer (Pa. Bar No. 324296)
*Printed name and bar number*

1600 Arch Street, Suite 300
Philadelphia, PA 19103

*Address*

jboyer@attorneygeneral.gov
*E-mail address*

(267) 768-3968
*Telephone number*

*FAX number*