IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania, et al. | : | Civil Action |
| v. | : | |
| Louis DeJoy, et al. | : | No.: 2:20-cv-4096 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __Anthony P. O'Brien_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.[1]

☐ DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:20-cv-4096

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT
## PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, **Anthony P. O'Brien** the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number_____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| California | December 1, 2004 | 232650 |
|  |  |  |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| E.D. Cal. | Dec. 20, 2006 | 232650 |
| N.D. Cal. | Feb. 2, 2005 | 232650 |
| S.D. Cal. | May 26, 2017 | 232650 |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for _Tony O'Brien_
(Applicant's Signature)

08/20/2020
(Date)

Name of Applicant's Firm: California Department of Justice, Office of the Attorney General
Address: 1300 I Street, 17th Floor, Sacramento, CA 95814
Telephone Number: (916) 210-6002
Email Address: anthony.obrien@doj.ca.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/20/2020
(Date)

_Tony O'Brien_
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _Anthony P. O'Brien_ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Ryan B. Smith | /s/ Ryan B. Smith | Jan. 29, 2019 | Pa. 324643 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pennsylvania Office of the Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA  19103; Phone No.: (215)478-4593

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  Aug. 21, 2020
                 (Date)

/s/ Ryan B. Smith
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania, et al. | : | Civil Action |
| v. | : | |
| Louis DeJoy, et al. | : | No.: 2:20-cv-4096 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **Anthony P. O'Brien**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

In lieu of mailing, this document has been filed electronically and is available for viewing and downloading by all parties from the ECF system in accordance with Local Rule 5.1.2(8)(b).

/s/ Ryan B. Smith
_____
(Signature of Attorney)

**Ryan B. Smith**
_____
(Name of Attorney)

Plaintiff Commonwealth of Pennsylvania
_____
(Name of Moving Party)

Aug. 21, 2020
_____
(Date)