IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Pennsylvania, et al. : Civil Action
:
v. :
:
Louis DeJoy, et al. :
: No.: 2:20-cv-4096

ORDER

AND NOW, this 21st day of August 20 20, it is hereby

ORDERED that the application of Lisa C. Ehrlich, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

/s/ Gerald Austin McHugh
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.