# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 20-cv-4096

**COMMONWEALTH OF PENNSYLVANIA et al**

vs.

**DeJOY et al**

### Acceptance of Service by the United States Attorney

I __Desiree Wilkins__ (print name) hereby accept service on behalf of the United States Attorney (only).

_[signature]_

**For the United States Attorney (Signature)**

Desiree Wilkins

**Print Name**

8/24/2020

**Date**