UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 2:20-cv-4096 |

**ORDER**

This 31st day of  August , 2020, it is hereby **ORDERED** that Plaintiffs' Motion for Expedited Consideration (ECF No. 15) is **GRANTED**. Defendants shall file any opposition to Plaintiffs' Motion for Expedited Discovery (ECF No. 14) by September 2, 2020. Plaintiffs shall file any reply in support of their Motion for Expedited Discovery by September 3, 2020.

                                              /s/ Gerald Austin McHugh
                                              Gerald Austin McHugh
                                              United States District Judge