## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA,** **et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 20-4096** |
| | : | |
| **LOUIS DEJOY,** *in his official capacity as* | : | |
| *United States Postmaster General*, **et al.,** | : | |
| **Defendants.** | : | |

## ORDER

     Having reviewed Defendants' Response in Opposition to Plaintiff's Motion to Expedite Discovery (ECF 17) and Plaintiffs' Reply (ECF 20), and having been persuaded that the litigation in other districts does not address all the issues raised by this case, and having further been persuaded that Plaintiffs cannot simply rely upon those materials Defendants selected to share with Congress, this 4th day of September 2020, it is hereby **ORDERED** that Plaintiffs' Motion to Expedite Discovery (ECF 14) is **GRANTED**.  Plaintiffs' discovery requests (ECF 14 App'x Ex.1) are deemed served as of the date of the filing of said motion, August 28, 2020. Defendants' complete responses shall be provided to Plaintiffs by **September 18, 2020**.

                                                     _/s/ Gerald Austin McHugh_
                                                 United States District Judge