# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| Commonwealth of Pennsylvania, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-4096 |
| Louis DeJoy, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The City of Philadelphia.

Date: 09/04/2020

/s/ Sean J. McGrath
*Attorney's signature*

Sean J. McGrath (Pa. Bar No. 322895)
*Printed name and bar number*
1515 Arch Street, 15th Floor
Philadelphia, PA 19102

*Address*

sean.mcgrath@phila.gov
*E-mail address*

(215) 683-5444
*Telephone number*

(215) 683-5299
*FAX number*