IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Pennsylvania, et. al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Louis DeJoy, et. al. | : | No.: 2:20-cv-4096-GAM |

ORDER

AND NOW, this 8th day of September 20 20, it is hereby

ORDERED that the application of _____Brendan Downes_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X]  GRANTED.[1]

[ ]  DENIED.

/s/ Gerald Austin McHugh
_____
, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.