IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA, | : | CIVIL ACTION NO. 2:20-cv-4096 |
| *Plaintiffs,* | : | |
| v. | : | |
| LOUIS DeJOY, *in his official capacity as Unites States Postmaster General;* ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors;* and the UNITED STATES POSTAL SERVICE, | : | |
| *Defendants.* | : | |

## ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the Federal Defendants in the above-captioned matter.

                                                   WILLIAM M. McSWAIN
                                                 United States Attorney

                                                 *s/ Eric. D. Gill*
                                                 ERIC D. GILL
                                                 Assistant United States Attorney
                                                 615 Chestnut Street, Suite 1250
                                                 Philadelphia, PA 19106
                                                 (215) 861-8250
                                                 eric.gill@usdoj.gov

Dated: September 10, 2020

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a true and correct copy of the foregoing Entry of Appearance to be served by electronic filing upon all counsel of record.

*s/ Eric D. Gill*
ERIC D. GILL
Assistant United States Attorney

Dated: September 10, 2020