UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>LOUIS DeJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>　　　　　　　　　　Defendants. | No. 2:20-cv-4096 |

## ORDER

This 10th day of September, 2020, it is hereby **ORDERED** that Plaintiffs' Motion for Expedited Consideration (ECF No. 19), to which Defendants consented, is **GRANTED**. As proposed, Defendants shall file any opposition to Plaintiffs' Motion for a Preliminary Injunction by September 11, 2020. Plaintiffs shall file any reply in support of their Motion for a Preliminary Injunction by September 15, 2020. A hearing shall be scheduled forthwith once the Court determines an available date.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Gerald Austin McHugh
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge