**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>        Plaintiffs,<br><br>   v.<br><br>LOUIS DEJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; *and the* UNITED STATES POSTAL SERVICE,<br><br>        Defendants. | Case No. 2:20-cv-4096<br><br>**Notice of Appearance** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in this case for amicus curiae the United States House of Representatives.

                                                                       */s/ Douglas N. Letter*
                                                          Douglas N. Letter (D.C. Bar No. 253492)
                                                            *General Counsel*
                                                          Office of General Counsel
                                                          U.S. House Of Representatives
                                                          219 Cannon House Office Building
                                                          Washington, D.C. 20515
                                                          (202) 225-9700 (telephone)
                                                          (202) 226-360 (facsimile)
                                                          douglas.letter@mail.house.gov

                                                          *Counsel for Amicus Curiae U.S. House of Representatives*[*]

September 10, 2020

---

     [*] Attorneys for the Office of General Counsel for the U.S. House of Representatives and "any counsel specially retained by the Office of General Counsel" are "entitled, for the purpose of performing the counsel's functions, to enter an appearance in any proceeding before any court of the United States or of any State or political subdivision thereof without compliance with any requirements for admission to practice before such court." 2 U.S.C. § 5571.

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.1.2(8)(b), I hereby certify that the foregoing Notice of Appearance has been electronically filed and is available for viewing and downloading from the ECF system by all parties.

Dated: September 10, 2020              */s/ Douglas N. Letter*
                                                                  Douglas N. Letter