# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>    Plaintiffs,<br><br>v.<br><br>LOUIS DeJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>    Defendants. | No. 2:20-cv-4096 |

## ORDER

This 11th day of September, 2020, it is hereby **ORDERED** that a hearing on the Motion for Preliminary Injunction will commence on Tuesday, **September 22, 2020**, at **9:30 a.m.** and will continue thereafter from day-to-day until completed. The hearing will be held in Courtroom 15-A of the United States Courthouse, 601 Market Street, Philadelphia, PA.

                                                                            /s/ Gerald Austin McHugh
                                                                            United States District Judge