# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, et al.<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, *in his official capacity as United States Postmaster General*, et al.,<br><br>Defendants. | No. 2:20-cv-4096 |

## ORDER

For the reasons stated in the motion filed by the County of Santa Clara, the City of Columbus, and Thirty Local and Tribal Governments, the Unopposed Motion for Leave to File a Brief as *Amici Curiae* is GRANTED.

Dated: September __11__, 2020

/s/ Gerald Austin McHugh
Hon. Gerald A. McHugh
United States District Judge