# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Commonwealth of Pennsylvania, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-4096-GAM |
| Louis DeJoy, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Delaware.

Date: 09/13/2020

/s/ Vanessa L. Kassab
*Attorney's signature*

Vanessa L. Kassab (Pa. Bar No. 309238)
*Printed name and bar number*

Delaware Department of Justice
820 N. French St., 5th Floor
Wilmington, DE 19801
*Address*

vanessa.kassab@delaware,gov
*E-mail address*

(202) 320-0844
*Telephone number*

*FAX number*