# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DEJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE, <br><br> Defendants. | No. 2:20-cv-4096 |

## **ORDER**

Upon consideration of the motion of the U.S. House of Representatives for leave to file an amicus curiae brief in support of Plaintiffs, it is hereby ORDERED that the motion is GRANTED. The Clerk is directed to file the House's amicus brief on the docket in this matter.

Dated: 9/11/20

/s/ Gerald Austin McHugh
Hon. Gerald A. McHugh
UNITED STATES DISTRICT COURT JUDGE