AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| Commonwealth of Pennsylvania et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-04096-GAM |
| Louis DeJoy et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Commonwealth of Pennsylvania .

Date:   09/14/2020

/s Michael J. Fischer
*Attorney's signature*

Michael J. Fischer, PA Bar No. 322311
*Printed name and bar number*

Office of Attorney General
1600 Arch St., Suite 300
Philadelphia, PA 19103
*Address*

mfischer@attorneygeneral.gov
*E-mail address*

(215) 347-3929
*Telephone number*

*FAX number*