**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, *et al.* : <br> : <br> Plaintiffs, : <br> : <br> v. : <br> : <br> LOUIS DEJOY, *et al.* : <br> : <br> Defendants. : | CIVIL ACTION <br><br> No. 20-4096 |

## **ENTRY OF APPEARANCE OF STEPHEN R. KOVATIS**

TO THE CLERK:

    Kindly enter my appearance in the above-captioned matter on behalf of Plaintiff Commonwealth of Pennsylvania.


Dated: September 17, 2020        Respectfully submitted,

                                          JOSH SHAPIRO
                                          Attorney General

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA <br> OFFICE OF ATTORNEY GENERAL <br> The Phoenix Building, 1600 Arch St. <br> Philadelphia, PA 19103 <br> Telephone: (215) 560-2940 <br> Fax: (717) 772-4526 <br> skovatis@attorneygeneral.gov | BY: /s/ Stephen R. Kovatis <br> STEPHEN R. KOVATIS (Pa. No. 209495) <br> Senior Deputy Attorney General, Attorney-in-Charge <br><br> KAREN M. ROMANO <br> Chief Deputy Attorney General <br> Civil Litigation Section |

**CERTIFICATE OF SERVICE**

      I certify that, on this day, I caused a true and correct copy of the foregoing Notice of Appearance to be filed and served via the Court's ECF system on all counsel of record.

Dated: September 17, 2020                          /s/ Stephen R. Kovatis
                                                                    Stephen R. Kovatis