## Daily Late and Extra Trips September 16, 2020 - October 8, 2020

| Date | Late Trips | Extra Trips |
|---|---|---|
| 9-16 | 1504 | 585 |
| 9-17 | 1352 | 574 |
| 9-18 | 1650 | 651 |
| 9-19 | 1071 | 549 |
| 9-20 | 905 | 601 |
| 9-21 | 1202 | 671 |
| 9-22 | 1307 | 562 |
| 9-23 | 1286 | 527 |
| 9-24 | 1404 | 556 |
| 9-25 | 1569 | 551 |
| 9-26 | 939 | 459 |
| 9-27 | 914 | 479 |
| 9-28 | 1248 | 569 |
| 9-29 | 1310 | 548 |
| 9-30 | 1425 | 524 |
| 10-1 | 1415 | 526 |
| 10-2 | 1591 | 534 |
| 10-3 | 959 | 464 |
| 10-4 | 990 | 507 |
| 10-5 | 1521 | 681 |
| 10-6 | 1721 | 557 |
| 10-7 | 1659 | 573 |
| 10-8 | 1511 | 604 |