

Resume
David C. Williams

Since March 2016, Mr. David C. Williams has served as a Distinguished Professor, in the School of Policy, Government and International at George Mason University. He is also the Director of the Center for Organizational Performance and Integrity (COPI) at George Mason University. COPI provides executive education in the areas of leadership in government and data analytics.

He has held five Presidential Appointments in four Presidential Administrations serving as the Vice Chairman of the Postal Service Board of Governors and leading Offices of Inspector General, whose mission involved assuring efficiency and effectiveness in program operations and in conducting investigations into public corruption and fraud against government programs.

Immediately prior to joining the faculty at George Mason University Williams served as the Inspector General (IG) for the U.S. Postal Service on August 20, 2003. Williams is responsible for a staff of more than 1,100 employees — located in cities nationwide — that conducts independent audits and investigations for the largest civilian federal agency that has over $67 billion in annual revenues, a workforce of 489,727 career employees and 31,135 Postal Service managed retail facilities.

In July 2011, Williams was appointed by the White House to serve as Vice Chair on the Government Accountability and Transparency Board. The Board develops plans to enhance transparency for federal spending and to improve methods for detecting and acting upon fraud and waste in federal

programs.  In February 2015, the Administration also appointed Williams to the Inter-Agency Advisory Committee that will establish government-wide financial data standards for the purpose of promoting transparency, facilitating better decision making, and improving operational efficiency.

Security Clearances have included Top Secret, Q (nuclear), SCI (special compartment).

## Professional Experience History

| | |
|---|---|
| Distinguished Professor<br>School of Policy, Government and International<br>George Mason University | 2016 to Present |
| Vice Chairman for the Board of Governors,<br>US Postal Service | 2018-2020 |
| Inspector General for United States Postal Service | 2003 - 2016 |

Led a staff of 1200 with an annual budget of over $250,000,000 in conducting audits and investigations to assure the efficiency and effectiveness of programs and the highest levels of integrity within the Postal Service's 500,000 employees.

| | |
|---|---|
| Director, Air Transportation Security Inspection<br>Transportation Security Agency | 2002 - 2003 |

Directed a large staff of Inspectors at US airports responsible for inspecting airline and airport security.  The office also maintained a group of international inspectors charged with security surveys and analysis of foreign airports.

| | |
|---|---|
| Treasury Inspector General for Tax Administration | 1999 - 2002 |

Presidential appointment requiring Senate Confirmation with a staff of over 1000 investigators and auditors and an annual budget of $120,000,000. Mr. Williams was the first Inspector General for this agency creating and designing the office.

The Office conducts fraud and integrity investigations and audits of the efficiency and effectiveness of the Internal Revenue Service and Tax Policy organizations with the Department of Treasury. Concurrently in July 2001, President Bush assigned Mr. Williams to become the Acting Inspector General for the Department of Housing and Urban Development, while he continued as the Inspector General at Treasury. The former Inspector General had departed unexpected leaving only recently appointed executives. Mr. Williams will head the Office of 700 personnel, until a Presidentially appointed Inspector General is confirmed.

Treasury Inspector General                                   1997 - 1999

Presidential appointment requiring Senate confirmation. Mr. Williams was brought to the position following a controversy involving senior management within the Office of Inspector General. The former Inspector General resigned following a series of Senate hearing on misconduct within the Office of Inspector General.

The office was reorganized and returned to normal operations. The opportunity provided solid experience in working closely with senior Treasury officials and Congress to reform and restructure a troubled organization. Mr. Williams oversaw internal investigations of misconduct within the US Customs, the US Secret Service and the Bureau of Alcohol, Tobacco and Firearms law enforcement agencies.

Social Security Administration Inspector General      1995 - 1997

Mr. Williams was the first Inspector General for the Social Security Administration after it became an Independent Agency. The Office conducted audits into the efficiency and effectiveness of the new agency programs. The investigators initiated aggressive inquiries into disability fraud and identity theft crimes. President Clinton praised the office's actions to remove prisoners and fugitives from welfare roles and instructed all other Departments to initiate identical nationwide projects.

Nuclear Regulatory Commission Inspector General       1989 - 1995

Mr. Williams was the first Inspector General at this Independent Agency. He was appointed by President George Bush and confirmed by the Senate.

The Office of Inspector General was created following Congressional Hearings into serious problems involving senior officials. Following an Inspector General inquiry into the matter, the former Executive Director withdrew his nomination for a presidential appointment at the Department of Energy.

General Accounting Office, Office of Special Investigations      1986 – 1989

Mr. Williams was the first Director of this newly created office that conducted criminal and misconduct inquiries at the request of Committees of the House and Senate of Congress. The inquiries included impeachment investigations of two federal judges and a US Senator. Investigations also included the Iran Contra Affair, the Marine Security Guard espionage case in Moscow and an evaluation of the effectiveness of a special police organization in El Salvador directed against political death squads.

US Department of Labor, Field Director                1979 - 1986
Office of Organized Crime and Labor Racketeering
Served in positions in Chicago, Cleveland and New York City

Conducted and supervised investigations involving organized crime controlled labor unions. Mr. Williams personally led the investigation that resulted in the indictment of the President of the International Brotherhood of Teamsters, Jackie Presser, and the conviction of organized crime figures and International Brotherhood of Teamsters Vice President following Mr. Presser's death.

Mr. Williams also served a Special Investigator for President Reagan's Commission on Organized Crime. The commission investigated the criminal structure and enterprises of international organized criminal groups operating in the United States including La Cosa Nostra, Japanese Yakuza, Chinese Triads and Columbian Drug Cartels. The investigations also examined the money laundering activities of the Organized crime groups as well as corporations and financial institutions in the United States and abroad.

United States Secret Service, Special Agent                1975 – 1979

Mr. Williams conducted executive protection for several US Presidents,

Vice Presidents, foreign heads of states and Presidential candidates. Also Mr. Williams conducted numerous criminal investigations into violation sof Treasury statutes and his experience includes working undercover for one year in Chicago in a major financial sting operations.

United States Military Intelligence, Special Agent          1967 – 1970

Mr. Williams conducted intelligence and counterintelligence work in the Republic of Vietnam and the US. Mr. Williams conducted undercover operations during this period and received the Vietnamese Medal of Honor, the US Bronze Star and other medal and citations.

## Education and Training

Bachelor of Science – Southern Illinois University
Master of Education – University of Illinois
Advanced Certificate Degree in Education – University of Illinois
Special Agent Training - Federal Law Enforcement Training Center
Special Agent Training – United States Secret Service

## Professional Associations Current and Former

Former President of the Association of Federal Investigators
Association of Government Accountants
International Association of Chief of Police
President's Council on Integrity and Efficiency (Chairman for Investigations and Professional Development Committees)
Editor in Chief of the Journal of Public Inquiry

## Teaching Experience

George Mason University, Arlington, Virginia and Loyola University, Chicago, Illinois

Also taught at the Canadian Mounted Police Academy, The Federal Law Enforcement Training Center and the Federal Bureau of Investigations Academy

Accreditation Board member for Federal Law Enforcement Academy at Glynco, GA

Mr. Williams previously was selected as the Responsible Inspector General overseeing the Criminal Investigative Academy for the Inspectors General at the Federal Law Enforcement Training Center and managing the Academy Director.

**<u>References Upon Request</u>**