UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

**Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,

Plaintiffs,

v.

**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,

Defendants.

Case No. 20-cv-4096

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Pursuant to the Court's "Guidelines for Counsel"[1] and F.R.C.P. 6(b), Defendants hereby move the Court to extend Defendants' deadline for answering or moving to dismiss Plaintiffs' Complaint from October 20, 2020 to December 4, 2020. As this Court is aware, the Postal Service is currently a defendant in numerous lawsuits throughout the country relating to its policies for the processing of Election Mail. These litigations require the dedication of significant resources on multiple tasks, including the implementation of multiple preliminary injunction provisions which include periodic reporting requirements.[2] The Postal Service is also currently subject to an ongoing

---

[1] https://www.paed.uscourts.gov/documents/procedures/mchpol.pdf.
[2] *See*, *e.g.*, *Pennsylvania v. DeJoy*, 20-cv-4096, ECF No. 63 (E.D. Pa. Sept. 28, 2020), *as modified by* ECF No. 70; *Jones v. USPS*, 20-cv-6516, ECF No. 57 (S.D.N.Y. Sept. 25, 2020), *as modified by* ECF No. 66; *Washington v. Trump*, 20-cv-3127, ECF No. 81 (E.D. Wash. Sept. 17, 2020), *as modified by* ECF No. 90.

1

expedited discovery process.[3] Furthermore, undersigned counsel also has deadlines approaching in other cases, including a discovery brief deadline on October 27, 2020 and a summary judgment brief deadline on November 25, 2020. The requested extension will not prejudice Plaintiffs because the Court has already issued a preliminary injunction governing Defendants' handling of election mail, as requested by Plaintiffs.

Defendants have conferred with Plaintiffs, and Plaintiffs do not object to Defendants' requested extension.

Dated: October 15, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director, Federal Programs Branch

*/s/* Kuntal Cholera
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

---

[3] *See Vote Forward v. DeJoy*, 20-cv-2405, Minute Order (D.D.C. Oct. 2, 2020); *New York v. Trump*, 20-cv-2340, Minute Order (D.D.C. Oct. 2, 2020).

expedited discovery process.[3] Furthermore, undersigned counsel also has deadlines approaching in other cases, including a discovery brief deadline on October 27, 2020 and a summary judgment brief deadline on November 25, 2020. The requested extension will not prejudice Plaintiffs because the Court has already issued a preliminary injunction governing Defendants' handling of election mail, as requested by Plaintiffs.

Defendants have conferred with Plaintiffs, and Plaintiffs do not object to Defendants' requested extension.

Dated: October 15, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director, Federal Programs Branch

*/s/* Kuntal Cholera
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

---

[3] *See Vote Forward v. DeJoy*, 20-cv-2405, Minute Order (D.D.C. Oct. 2, 2020); *New York v. Trump*, 20-cv-2340, Minute Order (D.D.C. Oct. 2, 2020).

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,<br><br>Defendants. | Case No. 20-cv-4096 |

**[Proposed] Order**

**IT IS HEREBY ORDERED** that Defendants' Motion for Extension of Time to Respond to Plaintiffs' Complaint is **GRANTED**. Defendants shall respond to Plaintiffs' Complaint on or before December 4, 2020.

It is **SO ORDERED** this ____ day of _____, 2020.

_____
The Honorable Gerald A. McHugh
United States District Judge