# Exhibit A

## Overtime Hours October 9, 2020 - October 15, 2020

| Area | Overtime Hours | Work Hours | Overtime % |
|---|---:|---:|---:|
| CAPITAL METRO | 340,364 | 1,535,847 | 22.2% |
| EASTERN | 467,580 | 2,293,375 | 20.4% |
| GREAT LAKES | 400,933 | 1,936,917 | 20.7% |
| NORTHEAST | 488,639 | 2,619,889 | 18.7% |
| PACIFIC | 570,700 | 2,220,150 | 25.7% |
| SOUTHERN | 542,976 | 2,683,711 | 20.2% |
| WESTERN | 507,690 | 2,456,095 | 20.7% |
| **Grand Total** | **3,318,882** | **15,745,984** | **21.1%** |