# Exhibit B

## Daily Late and Extra Trips October 1, 2020 - October 15, 2020

| Date | Late Trips | Extra Trips |
|---|---|---|
| 10-1 | 1415 | 526 |
| 10-2 | 1591 | 534 |
| 10-3 | 959 | 464 |
| 10-4 | 990 | 507 |
| 10-5 | 1521 | 681 |
| 10-6 | 1722 | 557 |
| 10-7 | 1664 | 573 |
| 10-8 | 1676 | 629 |
| 10-9 | 2407 | 640 |
| 10-10 | 1296 | 689 |
| 10-11 | 702 | 1595 |
| 10-12 | 1093 | 1748 |
| 10-13 | 2298 | 935 |
| 10-14 | 2374 | 784 |
| 10-15 | 2151 | 725 |