# Exhibit D

# Overtime Hours October 2, 2020 - October 8, 2020

| Area | Overtime Hours | Work Hours | Overtime % |
|---|---:|---:|---:|
| CAPITAL METRO | 297,055.10 | 1,636,757.86 | 18.15% |
| EASTERN | 410,712.13 | 2,515,877.29 | 16.32% |
| GREAT LAKES | 376,169.02 | 2,120,366.30 | 17.74% |
| NORTHEAST | 430,175.56 | 2,862,022.62 | 15.03% |
| PACIFIC | 518,771.14 | 2,389,444.74 | 21.71% |
| SOUTHERN | 472,400.03 | 2,946,658.04 | 16.03% |
| WESTERN | 420,957.79 | 2,657,722.19 | 15.84% |
| **Grand Total** | **2,926,240.77** | **17,128,849.04** | **17.08%** |