FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA, ET AL.** : | |
| : | |
| v.   : | **CIVIL ACTION NO. 20-4096** |
| : | |
| **LOUIS DeJOY** : | |
| *IN HIS OFFICIAL CAPACITY AS* : | |
| *UNITED STATES POSTMASTER GENERAL*, : | |
| **ET AL.** : | |

## ORDER

This 21st day of October, 2020, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiffs' request for the appointment of an independent monitor is **DENIED,** without prejudice.

                                                    /s/ Gerald Austin McHugh
                                                    United States District Judge