UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,<br><br>Defendants. | Case No. 20-cv-4096 |

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendants, Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service, appeal to the United States Court of Appeals for the Third Circuit from the following orders: this Court's September 28, 2020 Order and Memorandum Opinion (Docket Nos. 62 and 63), and this Court's October 9, 2020 Order (Docket No. 70).

Dated: November 27, 2020          Respectfully submitted,

          JEFFREY BOSSERT CLARK
          Acting Assistant Attorney General

          ERIC WOMACK
          Assistant Branch Director, Federal Programs Branch

          <u>/s/ John Robinson</u>
          KUNTAL V. CHOLERA
          JOHN ROBINSON
          Trial Attorneys
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          1100 L Street, NW
          Washington, D.C. 20005
          (202) 616-8489
          john.j.robinson@usdoj.gov

          *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on November 27, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

                                      /s/ John Robinson

                                      John Robinson
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      1100 L Street, NW
                                      Washington, D.C. 20005

                                      Attorney for Defendants