# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DEJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE, <br><br> Defendants. | No. 2:20-cv-4096 |

## ORDER

This 3rd day of December, 2020, it is hereby **ORDERED** that a conference call is scheduled for Wednesday, **December 16, 2020**, at **3:30 p.m.** Counsel for Plaintiff is requested to set up the conference call and provide the dial-in number and password to Chambers and opposing counsel in advance of the scheduled time of the call.

                                                                            /s/ Gerald Austin McHugh
                                                                            United States District Judge