## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,

Plaintiffs,

v.

**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,

Defendants.

Case No. 20-cv-4096

### MOTION TO STAY DEADLINE FOR
### RESPONDING TO COMPLAINT

Pursuant to the Court's "Guidelines for Counsel"[1] and F.R.C.P. 6(b), Defendants hereby move the Court to stay Defendants' deadline for answering or moving to dismiss Plaintiffs' Complaint, which is currently set for December18, 2020. As this Court is aware, the Postal Service previously requested, and this Court previously granted, an extension to the Answer deadline based on the Postal Service's pending obligations in numerous lawsuits throughout the country.[2] Several of these lawsuits remain active, and the Postal Service is involved in additional expedited discovery in two of these lawsuits.

---

[1] https://www.paed.uscourts.gov/documents/procedures/mchpol.pdf.
[2] *See*, *e.g.*, *Pennsylvania v. DeJoy*, 20-cv-4096, ECF No. 63 (E.D. Pa. Sept. 28, 2020), *as modified by* ECF No. 70; *Jones v. USPS*, 20-cv-6516, ECF No. 57 (S.D.N.Y. Sept. 25, 2020), *as modified by* ECF No. 66; *Washington v. Trump*, 20-cv-3127, ECF No. 81 (E.D. Wash. Sept. 17, 2020), *as modified by* ECF No. 90.

Furthermore, the parties in this litigation are currently conferring over a schedule for remaining proceedings, which will include summary judgment briefing, and so the parties may later revisit the issue of an answer if and when it becomes necessary. The requested extension will not prejudice Plaintiffs because the Court has already issued a preliminary injunction, and the principal motivation behind the preliminary injunction, the November 2020 Election, has now passed.

Defendants have conferred with Plaintiffs, and Plaintiffs do not object to a stay of the answer deadline pending entry of a briefing schedule in the case.

Dated: December 11, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC WOMACK
Assistant Branch Director, Federal Programs Branch

*/s/* Kuntal Cholera
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,

Plaintiffs,

v.

**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,

Defendants.

Case No. 20-cv-4096

### [Proposed] Order

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay the Deadline to Respond to Plaintiffs' Complaint is **GRANTED**.

It is **SO ORDERED** this ____day of _____, 2020.

_____
The Honorable Gerald A. McHugh
United States District Judge