UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,

Plaintiffs,

v.

LOUIS DEJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,

Defendants.

No. 2:20-cv-4096

**ORDER**

This 29th day of December 2020, it is hereby **ORDERED** that the following schedule proposed and agreed to by the parties shall govern further proceedings in this matter:

**By March 5, 2021**, all discovery shall conclude.

**By March 19, 2021**, Plaintiffs shall file a motion for summary judgment.

**By March 26, 2021**, all amicus briefs in support of Plaintiffs' motion for summary judgment are due.

**By April 9, 2021**, Defendants shall file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.

**By April 16, 2021**, all amicus briefs in support of Defendants' cross-motion for summary judgment are due.

1

2

**By April 23, 2021**, Plaintiffs shall file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment.

**By May 7, 2021**, Defendants shall file a reply in support of their cross-motion for summary judgment.

                                                <u>s/Gerald Austin McHugh</u>
                                                United States District Judge