# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3419

Commonwealth of Pennsylvania, et al v. United States Postmaster Gener, et al

(E.D. Pa. No.: 2-20-cv-04096)

## ORDER

In accordance with the motion by the appellants in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: January 20, 2021
ARR/cc:
McKaye L. Neumeister, Esq.
Mark B. Stern, Esq.
Aimee D. Thomson.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate