UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>       Plaintiffs,<br><br>  v.<br><br>LOUIS DeJOY, *in his official capacity as United States Postmaster General*; RON A. BLOOM, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>       Defendants. | No. 2:20-cv-4096 |

**Joint Stipulation to Modify Briefing Schedule**

Pursuant to this Court's Guidelines for extensions of time, Plaintiffs and Defendants jointly stipulate to the following modified briefing schedule, which extends by three weeks the schedule ordered by this Court (ECF No. 107). No trial is scheduled, so these extensions will not delay the scheduling of trial.

By **March 26, 2021**, all discovery shall conclude.

By **April 9, 2021**, Plaintiffs will file a motion for summary judgment.

By **April 16, 2021**, any amicus brief in support of Plaintiffs' motion for summary judgment is due.

By **April 30, 2021**, Defendants will file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.

By **May 7, 2021**, any amicus brief in support of Defendants' cross-motion for summary judgment is due.

By **May 14, 2021**, Plaintiffs will file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment.

By **May 28, 2021**, Defendants will file a reply in support of their cross-motion for summary judgment.

| | |
|---|---|
| February 25, 2021 | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Acting Assistant Attorney General | JOSH SHAPIRO<br>Attorney General<br>Commonwealth of Pennsylvania |
| ERIC R. WOMACK<br>Assistant Branch Director<br>Federal Programs Branch | MICHAEL J. FISCHER (Pa. Bar. No. 322311)<br>Chief Deputy Attorney General |
| /s/ Kuntal Cholera<br>KUNTAL V. CHOLERA<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, NW<br>Washington, D.C. 20005<br>kuntal.cholera@usdoj.gov<br><br>*Attorneys for Defendants* | /s/ Aimee D. Thomson<br>AIMEE D. THOMSON (Pa. Bar. No. 326328)<br>RYAN B. SMITH (Pa. Bar. No. 324643)<br>JACOB B. BOYER (Pa. Bar. No. 324396)<br>Deputy Attorneys General<br>Office of Attorney General<br>1600 Arch Street, Suite 300<br>Philadelphia, PA 19103<br>(267) 374-2787<br>athomson@attorneygeneral.gov<br><br>*Attorneys for Plaintiffs* |

APPROVED BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge