**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DeJOY, *in his official capacity as United States Postmaster General*; RON A. BLOOM, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE, <br><br> Defendants. | No. 2:20-cv-4096 |

**Third Joint Stipulation to Modify Briefing Schedule**

Pursuant to this Court's Guidelines for extensions of time, Plaintiffs and Defendants jointly stipulate to the following modified briefing schedule, which extends by four weeks the schedule ordered by this Court (ECF No. 113). No trial is scheduled, so these extensions will not delay the scheduling of trial.

By **May 14, 2021**, all discovery shall conclude.

By **May 28, 2021**, Plaintiffs will file a motion for summary judgment.

By **June 4, 2021**, any amicus brief in support of Plaintiffs' motion for summary judgment is due.

By **June 18, 2021**, Defendants will file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment.

By **June 25, 2021**, any amicus brief in support of Defendants' cross-motion for summary judgment is due.

By **July 2, 2021**, Plaintiffs will file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment.

By **July 16, 2021**, Defendants will file a reply in support of their cross-motion for summary judgment.

April 15, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director
Federal Programs Branch

*/s/ Kuntal V. Cholera*
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

Respectfully submitted,

JOSH SHAPIRO
Attorney General
Commonwealth of Pennsylvania

MICHAEL J. FISCHER (Pa. Bar. No. 322311)
Chief Deputy Attorney General

*/s/ Aimee D. Thomson*
AIMEE D. THOMSON (Pa. Bar. No. 326328)
RYAN B. SMITH (Pa. Bar. No. 324643)
JACOB B. BOYER (Pa. Bar. No. 324396)
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 374-2787
athomson@attorneygeneral.gov

*Attorneys for Plaintiffs*

APPROVED BY THE COURT:

  /s/ Gerald Austin McHugh
United States District Judge

4/16/21