UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,<br><br>Defendants. | Case No. 20-cv-4096 |

### UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION FOR CLARIFICATION

Pursuant to the Court's "Guidelines for Counsel"[1] and F.R.C.P. 6(b), Defendants hereby move the Court to extend Defendants' deadline for filing a reply in support of its Motion for Clarification (ECF No. 116) from June 2, 2021 to June 9, 2021. The requested extension is justified since counsel for the Defendants have multiple filing obligations, including with respect to this case—where Defendants will have to start preparing its response to Plaintiffs' Motion for Summary Judgment—and the related litigations. Furthermore, an extension will not interfere with the current schedule for resolving this litigation, since briefing over the clarification motion should be complete prior to the completion of summary judgment briefing.

---

[1] https://www.paed.uscourts.gov/documents/procedures/mchpol.pdf.

1

Defendants have conferred with Plaintiffs, and Plaintiffs do not object to Defendants' request.

Dated: May 28, 2021

                Respectfully submitted,

                BRIAN BOYNTON
                Acting Assistant Attorney General

                ERIC WOMACK
                Assistant Branch Director, Federal Programs Branch

                */s/* Kuntal Cholera
                KUNTAL V. CHOLERA
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, NW
                Washington, D.C. 20005
                kuntal.cholera@usdoj.gov

                *Attorneys for Defendants*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,<br><br>Defendants. | Case No. 20-cv-4096 |

**[Proposed] Order**

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay the Deadline to Respond to Plaintiffs' Complaint is **GRANTED**.

It is **SO ORDERED** this ____ day of _____, 2020.

_____
The Honorable Gerald A. McHugh
United States District Judge