# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,<br><br>Defendants. | Case No. 20-cv-4096 |

## Order

**IT IS HEREBY ORDERED** that Defendants' Motion to Stay the Deadline to Respond to Plaintiffs' Complaint (ECF #118) is **GRANTED**.

It is **SO ORDERED** this 28th day of May, 2021.

/s/ Gerald Austin McHugh
The Honorable Gerald A. McHugh
United States District Judge