UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DeJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 2:20-cv-4096 |

ORDER

This 1st day of July, 2021, in furtherance of the Clarified Order enjoining certain operational changes made by the Defendants during the summer of 2020, ECF 70, it is hereby **ORDERED** that Defendants shall make timely submissions to this Court, on July 2, July 9, July 16, July 23, July 30, August 6, and August 13, with respect to weekly service performance of First-Class Mail. *See e.g.*, ECF 82-3. In addition, Defendants shall submit a supplemental report reflecting weekly service performance of First-Class Mail from May 21, 2021 through June 25, 2021.

                                                                            /s/ Gerald Austin McHugh
                                                                            United States District Judge