UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,<br><br>Defendants. | Case No. 20-cv-4096 |

### NOTICE OF REPORT

The Court instructed Defendants to "make timely submissions to th[e] Court," starting "on July 2," containing data on "weekly service performance of First-Class Mail." ECF No. 128. Attached as Exhibit A is a chart that contains the most up to date, regularly maintained weekly service performance data for First-Class Mail generated by the Postal Service in the ordinary course of business for the week of May 21, 2021 onward. Defendants will continue to submit updated data weekly, as instructed by the Court.

Dated: July 30, 2021

                                                  Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Acting Assistant Attorney General

                                                  ERIC R. WOMACK

Assistant Branch Director, Federal Programs Branch

<u>*/s/* Kuntal Cholera</u>
KUNTAL V. CHOLERA
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov

*Attorneys for Defendants*

2