# Exhibit A

To-Date Service Performance For First-Class Mail
Nation - By Week

| Postal Week End Date | First-Class Mail - National |
|---|---|
| 5/21/2021 | 87.84% |
| 5/28/2021 | 88.89% |
| 6/4/2021 | 89.95% |
| 6/11/2021 | 87.54% |
| 6/18/2021 | 87.96% |
| 6/25/2021 | 88.20% |
| 7/2/2021 | 89.25% |
| 7/9/21 | 90.14% |
| 7/16/21 | 88.07% |
| 7/23/21 | 89.70% |