# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>                      Plaintiffs,<br><br>      v.<br><br>LOUIS DeJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>                      Defendants. | No. 2:20-cv-4096 |

## ORDER

This 11th day of August, 2021, with respect to the pending cross-motions, it is hereby

**ORDERED** that:

1. Defendants shall continue to provide, every Friday, timely submissions to this Court as to weekly service performance of First-Class Mail. *See* ECF 82-3.

2. On the first Friday of each month, Defendants shall provide updated submissions with respect to the number of late and extra trips taken by Network & Local PVS & HCR, similar to the reports submitted to the Court in *State of New York v. Trump*, 20-2340 (D.D.C. 2020), ECF 90-3.

3. In addition, Defendants shall, no later than August 16, 2021, submit a supplemental report reflecting the number of late and extra trips taken monthly from November 2020 through the present, again similar to the reports submitted to the Court in *State of New York v. Trump*, 20-2340, ECF 90-3.

                                                          /s/ Gerald Austin McHugh
                                                          United States District Judge