# Exhibit A

To-Date Service Performance For First-Class Mail
Nation - By Week

| Postal Week End Date | First-Class Mail - National |
|---|---|
| 5/21/2021 | 87.84% |
| 5/28/2021 | 88.89% |
| 6/4/2021 | 89.95% |
| 6/11/2021 | 87.54% |
| 6/18/2021 | 87.96% |
| 6/25/2021 | 88.20% |
| 7/2/2021 | 89.25% |
| 7/9/21 | 90.14% |
| 7/16/21 | 88.07% |
| 7/23/21 | 89.70% |
| 7/30/21 | 88.97% |
| 8/6/21 | 88.79% |
| 8/13/21 | 88.87% |
| 8/20/21 | 89.01% |
| 8/27/21 | 89.34% |
| 9/3/21 | 88.03% |
| 9/10/21 | 87.59% |
| 9/17/21 | 86.60% |