UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA, <br><br> Plaintiffs, <br><br> v. <br><br> LOUIS DeJOY, *in his official capacity as United States Postmaster General*; ROBERT M. DUNCAN, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE, <br><br> Defendants. | CIVIL ACTION <br> NO. 2:20-cv-4096 |

ORDER

This 21st day of December, 2021, it is hereby **ORDERED** that a telephonic status conference is scheduled for Wednesday, **January 26, 2022**, at **4:00 p.m.** Defense counsel is requested to initiate the call with opposing counsel and then call Chambers at 267-299-7301.

                                                                    /s/ Gerald Austin McHugh
                                                                  United States District Judge