UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachussetts, and State of North Carolina**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louis DeJoy, in his official capacity as United States Postmaster General, Robert M. Duncan, in his official capacity as Chairman of the Postal Service Board of Governors, and the United States Postal Service**,<br><br>Defendants. | Case No. 20-cv-4096 |

### NOTICE OF REPORTS

The Court instructed Defendants to "make timely submissions to th[e] Court" containing data on "weekly service performance of First-Class Mail." ECF No. 128 (requiring Defendants to produce these weekly reports through August 13, 2021); *see also* ECF No. 142 (requiring Defendants to continue producing these weekly reports past August 13, 2021). Attached as Exhibit A is a chart that contains the most up to date, regularly maintained weekly service performance data for First-Class Mail generated by the Postal Service in the ordinary course of business for the week of May 21, 2021 onward.

Further, the Court instructed the Defendants to file, "[o]n the first Friday of each month," a submission "with respect to the number of late and extra trips taken" by the Postal Service, similar "to the reports submitted to" another court in a related litigation. ECF No. 142. Data in response to this request may be found in Exhibit B, attached hereto.

1

Dated: February 4, 2022

                                Respectfully submitted,

                                BRIAN M. BOYNTON
                                Acting Assistant Attorney General

                                ERIC R. WOMACK
                                Assistant Branch Director, Federal Programs Branch

                                */s/* Kuntal Cholera
                                KUNTAL V. CHOLERA
                                Trial Attorney
                                U.S. Department of Justice
                                Civil Division, Federal Programs Branch
                                1100 L Street, NW
                                Washington, D.C. 20005
                                kuntal.cholera@usdoj.gov

                                *Attorneys for Defendants*