# Exhibit B

# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (November 2020)**

| Date | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 1461 | 830 | 768 | 673 | 657 | 707 | 720 | 715 | 799 | 2080 | 1994 | 1050 | 833 | 709 | 883 | 1069 | 830 | 903 | 950 | 1035 | 1098 | 1142 | 1358 | 1161 | 2421 | 1679 | 1850 | 1807 | 1590 | 1924 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (December 2020)**

| Date | 12/1 | 12/2 | 12/3 | 12/4 | 12/5 | 12/6 | 12/7 | 12/8 | 12/9 | 12/10 | 12/11 | 12/12 | 12/13 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 | 12/19 | 12/20 | 12/21 | 12/22 | 12/23 | 12/24 | 12/25 | 12/26 | 12/27 | 12/28 | 12/29 | 12/30 | 12/31 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 1904 | 1920 | 2022 | 2039 | 2470 | 2445 | 2660 | 2410 | 2393 | 2504 | 2502 | 3033 | 2980 | 3049 | 2730 | 2603 | 2568 | 2662 | 3212 | 3127 | 3064 | 2714 | 3012 | 3266 | 1977 | 2905 | 2121 | 2203 | 1883 | 1937 | 2380 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (January 2021)**

| Date | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 1884 | 1906 | 1375 | 1598 | 1481 | 1521 | 1589 | 1586 | 1478 | 1377 | 1691 | 1379 | 1414 | 1432 | 1298 | 1552 | 2370 | 2440 | 1586 | 1282 | 1234 | 1170 | 1214 | 1033 | 1192 | 1001 | 1093 | 1068 | 1099 | 1088 | 988 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (February 2021)**

| Date | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 866 | 976 | 1115 | 1058 | 1086 | 1130 | 1011 | 1040 | 1043 | 1006 | 992 | 980 | 1108 | 1599 | 1565 | 1029 | 984 | 974 | 1006 | 1409 | 1119 | 1148 | 1031 | 1041 | 1028 | 1010 | 1232 | 1059 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (March 2021)**

| Date | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 1105 | 989 | 989 | 956 | 969 | 1110 | 995 | 962 | 922 | 831 | 818 | 889 | 868 | 865 | 893 | 818 | 805 | 823 | 819 | 849 | 855 | 885 | 786 | 856 | 848 | 830 | 870 | 854 | 916 | 821 | 863 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (April 2021)**

| Date | 4/1 | 4/2 | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 886 | 850 | 848 | 816 | 896 | 807 | 872 | 864 | 848 | 895 | 895 | 917 | 853 | 821 | 877 | 813 | 789 | 765 | 885 | 839 | 826 | 791 | 815 | 830 | 805 | 878 | 828 | 878 | 866 | 800 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (May 2021)**

| Date | 5/1 | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 | 5/9 | 5/10 | 5/11 | 5/12 | 5/13 | 5/14 | 5/15 | 5/16 | 5/17 | 5/18 | 5/19 | 5/20 | 5/21 | 5/22 | 5/23 | 5/24 | 5/25 | 5/26 | 5/27 | 5/28 | 5/29 | 5/30 | 5/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 926 | 820 | 906 | 858 | 805 | 876 | 839 | 865 | 774 | 923 | 828 | 814 | 793 | 838 | 841 | 796 | 832 | 758 | 794 | 737 | 812 | 812 | 827 | 880 | 836 | 851 | 1330 | 1261 | 1041 | 1926 | 1850 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (June 2021)**

| Date | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 1126 | 834 | 819 | 865 | 868 | 869 | 905 | 786 | 821 | 788 | 813 | 811 | 737 | 763 | 775 | 730 | 755 | 741 | 776 | 709 | 784 | 744 | 785 | 747 | 718 | 799 | 720 | 711 | 817 | 792 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (July 2021)**

| Date | 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 756 | 742 | 813 | 2109 | 1806 | 1002 | 791 | 750 | 724 | 814 | 730 | 801 | 732 | 742 | 727 | 740 | 754 | 693 | 749 | 753 | 794 | 742 | 738 | 780 | 737 | 750 | 763 | 778 | 699 | 720 | 766 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (August 2021)**

| Date | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 | 8/29 | 8/30 | 8/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 675 | 808 | 745 | 758 | 756 | 798 | 807 | 685 | 793 | 697 | 708 | 734 | 712 | 762 | 666 | 769 | 715 | 746 | 730 | 747 | 826 | 665 | 791 | 696 | 716 | 820 | 842 | 757 | 658 | 746 | 713 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (September 2021)**

| Date | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | 9/7 | 9/8 | 9/9 | 9/10 | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 698 | 804 | 915 | 889 | 1812 | 1708 | 1175 | 874 | 909 | 977 | 905 | 721 | 970 | 831 | 848 | 816 | 843 | 855 | 737 | 930 | 849 | 850 | 861 | 820 | 869 | 757 | 839 | 829 | 855 | 863 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (October 2021)**

| Date | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 864 | 874 | 768 | 855 | 852 | 842 | 899 | 874 | 955 | 1826 | 3416 | 2514 | 968 | 1041 | 959 | 964 | 817 | 998 | 885 | 944 | 971 | 972 | 852 | 742 | 980 | 945 | 985 | 962 | 953 | 952 | 796 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (November 2021)**

| Date | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 1004 | 961 | 1006 | 1043 | 1033 | 1060 | 780 | 1080 | 1143 | 2456 | 2266 | 1367 | 1251 | 1033 | 1298 | 1387 | 1466 | 1419 | 1332 | 1262 | 1178 | 1399 | 1442 | 2816 | 1954 | 2006 | 1623 | 1414 | 1925 | 2109 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (December 2021)**

| Date | 12/1 | 12/2 | 12/3 | 12/4 | 12/5 | 12/6 | 12/7 | 12/8 | 12/9 | 12/10 | 12/11 | 12/12 | 12/13 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 | 12/19 | 12/20 | 12/21 | 12/22 | 12/23 | 12/24 | 12/25 | 12/26 | 12/27 | 12/28 | 12/29 | 12/30 | 12/31 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 2247 | 2285 | 2361 | 2302 | 2072 | 2519 | 2539 | 2528 | 2629 | 2405 | 2418 | 2372 | 2660 | 2493 | 2438 | 2609 | 2554 | 2489 | 2435 | 2205 | 2080 | 3876 | 3402 | 2035 | 1395 | 1001 | 1341 | 1637 | 1882 | 1937 | 1973 |



# Extra Trips

**Extra Trips (Network & Local - HCR & PVS):**

- **No. of Extra Trips (January 2022)**

| Date | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 1386 | 1141 | 1306 | 1776 | 2024 | 2139 | 2155 | 1426 | 1197 | 1639 | 1715 | 1975 | 2203 | 2058 | 1484 | 1829 | 1890 | 1492 | 1395 | 1422 | 1381 | 1307 | 1056 | 1286 | 1309 | 1322 | 1307 | 1232 | 1241 | 1092 | 1387 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (November 2020)**

| Date | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 1500 | 2361 | 2578 | 2453 | 2375 | 2683 | 1634 | 1720 | 2313 | 2100 | 2019 | 2814 | 2925 | 1753 | 1903 | 2601 | 3260 | 3103 | 3117 | 3886 | 2097 | 2536 | 3856 | 4251 | 3449 | 3210 | 4909 | 4323 | 3645 | 6698 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (December 2020)**

| Date | 12/1 | 12/2 | 12/3 | 12/4 | 12/5 | 12/6 | 12/7 | 12/8 | 12/9 | 12/10 | 12/11 | 12/12 | 12/13 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 | 12/19 | 12/20 | 12/21 | 12/22 | 12/23 | 12/24 | 12/25 | 12/26 | 12/27 | 12/28 | 12/29 | 12/30 | 12/31 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 8659 | 9487 | 9706 | 10317 | 7145 | 6288 | 9181 | 11175 | 11695 | 11587 | 11914 | 8202 | 7304 | 10720 | 12783 | 10978 | 11733 | 13131 | 8805 | 7627 | 9985 | 10833 | 9998 | 5710 | 4896 | 3979 | 4008 | 6179 | 7075 | 7191 | 4809 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (January 2021)**

| Date | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 4188 | 3060 | 3401 | 5268 | 6003 | 6156 | 5816 | 5901 | 3444 | 3618 | 4858 | 5256 | 5050 | 5082 | 5312 | 3095 | 1778 | 2808 | 4550 | 4590 | 4379 | 4498 | 2578 | 2856 | 3529 | 3969 | 3908 | 3715 | 4075 | 2365 | 2290 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- ### No. of Late Trips (February 2021)

| Date | 2/1 | 2/2 | 2/3 | 2/4 | 2/5 | 2/6 | 2/7 | 2/8 | 2/9 | 2/10 | 2/11 | 2/12 | 2/13 | 2/14 | 2/15 | 2/16 | 2/17 | 2/18 | 2/19 | 2/20 | 2/21 | 2/22 | 2/23 | 2/24 | 2/25 | 2/26 | 2/27 | 2/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 2571 | 3394 | 3644 | 3803 | 3856 | 2405 | 2346 | 3171 | 3532 | 3554 | 3490 | 3795 | 2153 | 1164 | 1555 | 3010 | 3013 | 2757 | 3474 | 2321 | 1933 | 3158 | 3792 | 3777 | 3795 | 4195 | 2429 | 2208 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (March 2021)**

| Date | 3/1 | 3/2 | 3/3 | 3/4 | 3/5 | 3/6 | 3/7 | 3/8 | 3/9 | 3/10 | 3/11 | 3/12 | 3/13 | 3/14 | 3/15 | 3/16 | 3/17 | 3/18 | 3/19 | 3/20 | 3/21 | 3/22 | 3/23 | 3/24 | 3/25 | 3/26 | 3/27 | 3/28 | 3/29 | 3/30 | 3/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 3275 | 3813 | 3650 | 3583 | 3927 | 2426 | 2051 | 2957 | 3305 | 3230 | 3330 | 3434 | 2884 | 2134 | 3108 | 3452 | 3350 | 3432 | 3911 | 2377 | 2118 | 3310 | 3610 | 3659 | 3566 | 4033 | 2373 | 2195 | 3370 | 3797 | 3879 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (April 2021)**

| Date | 4/1 | 4/2 | 4/3 | 4/4 | 4/5 | 4/6 | 4/7 | 4/8 | 4/9 | 4/10 | 4/11 | 4/12 | 4/13 | 4/14 | 4/15 | 4/16 | 4/17 | 4/18 | 4/19 | 4/20 | 4/21 | 4/22 | 4/23 | 4/24 | 4/25 | 4/26 | 4/27 | 4/28 | 4/29 | 4/30 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 3947 | 3975 | 2410 | 2276 | 3301 | 3610 | 3382 | 3549 | 4003 | 2433 | 2127 | 3198 | 3395 | 3725 | 3356 | 3643 | 2246 | 1950 | 2982 | 3173 | 3451 | 3429 | 3729 | 2253 | 1955 | 3134 | 3508 | 3530 | 3689 | 4100 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (May 2021)**

| Date | 5/1 | 5/2 | 5/3 | 5/4 | 5/5 | 5/6 | 5/7 | 5/8 | 5/9 | 5/10 | 5/11 | 5/12 | 5/13 | 5/14 | 5/15 | 5/16 | 5/17 | 5/18 | 5/19 | 5/20 | 5/21 | 5/22 | 5/23 | 5/24 | 5/25 | 5/26 | 5/27 | 5/28 | 5/29 | 5/30 | 5/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 2400 | 2075 | 3348 | 3663 | 3866 | 3945 | 4217 | 2415 | 2223 | 3321 | 3473 | 3559 | 3691 | 3866 | 2167 | 1796 | 2922 | 3275 | 3167 | 3216 | 3531 | 2125 | 1815 | 2696 | 3122 | 3239 | 3023 | 3598 | 2175 | 1066 | 1317 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (June 2021)**

| Date | 6/1 | 6/2 | 6/3 | 6/4 | 6/5 | 6/6 | 6/7 | 6/8 | 6/9 | 6/10 | 6/11 | 6/12 | 6/13 | 6/14 | 6/15 | 6/16 | 6/17 | 6/18 | 6/19 | 6/20 | 6/21 | 6/22 | 6/23 | 6/24 | 6/25 | 6/26 | 6/27 | 6/28 | 6/29 | 6/30 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 3147 | 3501 | 3288 | 3902 | 2272 | 1975 | 2973 | 3038 | 3091 | 3121 | 3435 | 2130 | 1760 | 2793 | 3057 | 3086 | 3242 | 3403 | 2215 | 1854 | 2848 | 3036 | 3145 | 2904 | 3207 | 2033 | 1597 | 2637 | 3094 | 2973 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (July 2021)**

| Date | 7/1 | 7/2 | 7/3 | 7/4 | 7/5 | 7/6 | 7/7 | 7/8 | 7/9 | 7/10 | 7/11 | 7/12 | 7/13 | 7/14 | 7/15 | 7/16 | 7/17 | 7/18 | 7/19 | 7/20 | 7/21 | 7/22 | 7/23 | 7/24 | 7/25 | 7/26 | 7/27 | 7/28 | 7/29 | 7/30 | 7/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 3136 | 3518 | 2143 | 1023 | 1212 | 3234 | 3499 | 3585 | 3489 | 2239 | 1959 | 2993 | 3343 | 3289 | 3333 | 3398 | 2055 | 1773 | 2699 | 3199 | 3099 | 3047 | 3569 | 2199 | 1744 | 2811 | 3298 | 3254 | 3391 | 3719 | 2270 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (August 2021)**

| Date | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | 8/9 | 8/10 | 8/11 | 8/12 | 8/13 | 8/14 | 8/15 | 8/16 | 8/17 | 8/18 | 8/19 | 8/20 | 8/21 | 8/22 | 8/23 | 8/24 | 8/25 | 8/26 | 8/27 | 8/28 | 8/29 | 8/30 | 8/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 1899 | 3086 | 3450 | 3271 | 3427 | 3680 | 2157 | 1899 | 2786 | 3369 | 3353 | 3477 | 3814 | 2341 | 1898 | 3108 | 3457 | 3468 | 3417 | 3833 | 2434 | 1949 | 3220 | 3849 | 3867 | 3756 | 4044 | 2529 | 2092 | 3212 | 3789 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (September 2021)**

| Date | 9/1 | 9/2 | 9/3 | 9/4 | 9/5 | 9/6 | 9/7 | 9/8 | 9/9 | 9/10 | 9/11 | 9/12 | 9/13 | 9/14 | 9/15 | 9/16 | 9/17 | 9/18 | 9/19 | 9/20 | 9/21 | 9/22 | 9/23 | 9/24 | 9/25 | 9/26 | 9/27 | 9/28 | 9/29 | 9/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total | 3698 | 3794 | 4623 | 2685 | 1358 | 1551 | 3805 | 4292 | 4601 | 4830 | 2839 | 2531 | 3958 | 4401 | 4161 | 4117 | 5004 | 2733 | 2320 | 3376 | 4040 | 3956 | 3952 | 4419 | 2649 | 2085 | 3449 | 4293 | 4109 | 4057 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (October 2021)**

| Date | 10/1 | 10/2 | 10/3 | 10/4 | 10/5 | 10/6 | 10/7 | 10/8 | 10/9 | 10/10 | 10/11 | 10/12 | 10/13 | 10/14 | 10/15 | 10/16 | 10/17 | 10/18 | 10/19 | 10/20 | 10/21 | 10/22 | 10/23 | 10/24 | 10/25 | 10/26 | 10/27 | 10/28 | 10/29 | 10/30 | 10/31 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 4753 | 2754 | 2303 | 3516 | 3991 | 4038 | 4096 | 4786 | 2663 | 1423 | 1742 | 4499 | 4532 | 4337 | 4948 | 2911 | 2455 | 3702 | 4311 | 4300 | 4202 | 4742 | 2937 | 2413 | 3768 | 4345 | 4336 | 4428 | 4656 | 2818 | 2541 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (November 2021)**

| Date | 11/1 | 11/2 | 11/3 | 11/4 | 11/5 | 11/6 | 11/7 | 11/8 | 11/9 | 11/10 | 11/11 | 11/12 | 11/13 | 11/14 | 11/15 | 11/16 | 11/17 | 11/18 | 11/19 | 11/20 | 11/21 | 11/22 | 11/23 | 11/24 | 11/25 | 11/26 | 11/27 | 11/28 | 11/29 | 11/30 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 3852 | 4144 | 4308 | 4213 | 4856 | 2728 | 2442 | 3825 | 4377 | 3639 | 3460 | 5344 | 3071 | 2903 | 4184 | 5031 | 5112 | 5132 | 5719 | 3197 | 3054 | 4595 | 5983 | 4598 | 3822 | 5755 | 4700 | 3922 | 6999 | 8742 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (December 2021)**

| Date | 12/1 | 12/2 | 12/3 | 12/4 | 12/5 | 12/6 | 12/7 | 12/8 | 12/9 | 12/10 | 12/11 | 12/12 | 12/13 | 12/14 | 12/15 | 12/16 | 12/17 | 12/18 | 12/19 | 12/20 | 12/21 | 12/22 | 12/23 | 12/24 | 12/25 | 12/26 | 12/27 | 12/28 | 12/29 | 12/30 | 12/31 |
|------|------|------|------|------|------|------|------|------|------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| Total | 9184 | 9615 | 9665 | 6275 | 5901 | 7894 | 9231 | 9359 | 9344 | 10091 | 6280 | 5719 | 7953 | 8986 | 9150 | 8822 | 9204 | 5741 | 4999 | 6688 | 7078 | 6485 | 6248 | 3264 | 1162 | 2332 | 3731 | 4539 | 4578 | 4960 | 3418 |



# Trips On Time

**Trips On Time (Network & Local - HCR &PVS):**

- **No. of Late Trips (January 2022)**

| Date | 1/1 | 1/2 | 1/3 | 1/4 | 1/5 | 1/6 | 1/7 | 1/8 | 1/9 | 1/10 | 1/11 | 1/12 | 1/13 | 1/14 | 1/15 | 1/16 | 1/17 | 1/18 | 1/19 | 1/20 | 1/21 | 1/22 | 1/23 | 1/24 | 1/25 | 1/26 | 1/27 | 1/28 | 1/29 | 1/30 | 1/31 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| Total | 1332 | 2539 | 4297 | 5157 | 5542 | 5323 | 5917 | 3624 | 3412 | 5154 | 5609 | 5313 | 5180 | 5980 | 3328 | 1630 | 2580 | 5317 | 5394 | 5804 | 5942 | 3428 | 3360 | 4575 | 5096 | 5072 | 4814 | 5322 | 2613 | 3162 | 4730 |

