UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,

Plaintiffs,

v.

LOUIS DEJOY, *in his official capacity as United States Postmaster General*; ROMAN MARTINEZ, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,

Defendants.

No. 2:20-cv-4096-GAM

**STIPULATION OF SETTLEMENT**

Plaintiffs[1] and Defendants[2] have now resolved this case, subject to an order of the Court. The parties agree and stipulate as follows:

1. The parties have entered into a Settlement Agreement, a copy of which is attached hereto as Exhibit A.

2. The Court shall have jurisdiction to enforce paragraphs 2, 4, and 5 of the Settlement Agreement, subject to the relevant limitations set out in paragraphs 4.b, 5.b, 6.b, and 10 of the Settlement Agreement, which are incorporated into this Stipulation and Order as if fully set forth herein.

---

[1] Commonwealth of Pennsylvania, State of California, State of Delaware, District of Columbia, State of Maine, Commonwealth of Massachusetts, and State of North Carolina.

[2] Louis DeJoy, in his official capacity as United States Postmaster General; Roman Martinez, in his official capacity as Chairman of the Postal Service Board of Governors; and the United States Postal Service.

3. Nothing in the parties' Settlement Agreement requires Defendants to undertake any specific operational measure to prioritize monitoring and timely delivery of election mail, or any specific operational measure with respect to the treatment of election mail in any given year.

4. This Stipulation and Order shall constitute dismissal with prejudice of Plaintiffs' claims for relief. The dismissal of this action shall be effective upon the Court's signing and entry of this Stipulation and Order on the docket as an order of the Court.

Dated: May 13, 2022

JOSH SHAPIRO
Attorney General
Commonwealth of Pennsylvania

MICHAEL J. FISCHER (Pa. Bar. No. 322311)
Chief Counsel and Executive Deputy Attorney General

*/s/ Aimee D. Thomson*
AIMEE D. THOMSON (Pa. Bar. No. 326328)
JACOB B. BOYER (Pa. Bar. No. 324396)
Deputy Attorneys General
Office of Attorney General
1600 Arch Street, Suite 300
Philadelphia, PA 19103
(267) 374-2787
athomson@attorneygeneral.gov
*Attorneys for Plaintiff Commonwealth of Pennsylvania*

ROB BONTA
Attorney General
State of California
MICHAEL L. NEWMAN

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ERIC R. WOMACK
Assistant Branch Director, Federal Programs Branch

*/s/ Kuntal Cholera*
KUNTAL V. CHOLERA
JOSEPH E. BORSON
JOHN J. ROBINSON
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
kuntal.cholera@usdoj.gov
*Attorneys for Defendants*

THOMAS S. PATTERSON
Senior Assistant Attorneys General
BENJAMIN M. GLICKMAN
SRIVIDYA PANCHALAM
Supervising Deputy Attorneys General
ANTHONY P. O'BRIEN*
LISA C. EHRLICH*
MARISSA MALOUFF
Deputy Attorneys General
Office of the Attorney General for the State of California
1300 I Street, 17th Floor
Sacramento, CA 95814
(916) 210-6002
Anthony.OBrien@doj.ca.gov
*Attorneys for Plaintiff State of California*

KATHLEEN JENNINGS
Attorney General
State of Delaware
CHRISTIAN DOUGLAS WRIGHT
Director of Impact Litigation
JILLIAN A. LAZAR
VANESSA L. KASSAB
Deputy Attorneys General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE 19801
(302) 577-8600
Vanessa.Kassab@delaware.gov
*Attorneys for Plaintiff State of Delaware*

KARL A. RACINE
Attorney General
District of Columbia
KATHLEEN KONOPKA*
Deputy Attorney General, Public Advocacy Division
BRENDAN B. DOWNES*
Assistant Attorney General, Public Advocacy Division
Office of the Attorney General for the District of Columbia
400 6th St. NW
Washington, DC 20001
(202) 724-6610

Kathleen.Konopka@dc.gov
*Attorneys for Plaintiff District of Columbia*

AARON M. FREY
Attorney General
State of Maine
PAUL E. SUITTER*
JASON ANTON
Assistant Attorneys General
Maine Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8800
Paul.Suitter@maine.gov
*Attorneys for Plaintiff State of Maine*

MAURA HEALEY
Attorney General
Commonwealth of Massachusetts
DAVID C. KRAVITZ*
Deputy State Solicitor
Office of Attorney General Maura Healey
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2427
david.kravitz@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

JOSHUA H. STEIN
Attorney General
State of North Carolina
SRIPRIYA NARASIMHAN
Deputy General Counsel
SARAH G. BOYCE*
Deputy Solicitor General
North Carolina Department of Justice
114 W. Edenton Street
Raleigh, NC 27603
(919) 716-6400
snarasimhan@ncdoj.gov
*Attorneys for Plaintiff State of North Carolina*