UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DEJOY, *in his official capacity as United States Postmaster General*; ROMAN MARTINEZ, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 2:20-cv-4096-GAM |

### [PROPOSED] ORDER

This __ day of _____, 2022, upon consideration of Plaintiffs' and Defendants' Stipulation for Settlement (ECF No. 190), it is hereby **ORDERED** as follows:

1. The stipulation is approved.

2. The Court shall have jurisdiction to enforce paragraphs 2, 4, and 5 of the Settlement Agreement (ECF No. 190-1), subject to the relevant limitations set out in paragraphs 4.b, 5.b, 6.b, and 10 of the Settlement Agreement.

_____
Gerald Austin McHugh
United States District Judge