# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, STATE OF CALIFORNIA, STATE OF DELAWARE, DISTRICT OF COLUMBIA, STATE OF MAINE, COMMONWEALTH OF MASSACHUSETTS, and STATE OF NORTH CAROLINA,<br><br>Plaintiffs,<br><br>v.<br><br>LOUIS DeJOY, *in his official capacity as United States Postmaster General*; ROMAN MARTINEZ, *in his official capacity as Chairman of the Postal Service Board of Governors*; and the UNITED STATES POSTAL SERVICE,<br><br>Defendants. | No. 2:20-cv-4096-GAM |

## ORDER

This 17th day of May, 2022, following review of Plaintiffs' and Defendants' Stipulation for Settlement, ECF 190, in light of the record established in this case, it is hereby **ORDERED** as follows:

1. The Stipulation of Settlement is **APPROVED.**

2. The future conduct of the parties shall be governed by the Settlement Agreement. ECF 190-1.

3. The Court retains jurisdiction to enforce paragraphs 2, 4, and 5 of the Settlement Agreement, ECF 190-1, subject to the relevant limitations set out in paragraphs 4.b, 5.b, 6.b, and 10.

                                                    /s/ Gerald Austin McHugh
                                                    United States District Judge